|   |   |
|---|---|
| 1 | Matthew L. Sharp, Esq. (S.B. #4746) |
|   | **MATTHEW L. SHARP, LTD.** |
| 2 | 432 Ridge Street |
|   | Reno, Nevada 89501 |
| 3 | Telephone: (775) 324-1500 |
|   | Email:  matt@mattsharplaw.com |
| 4 | Web:     https://mattsharplaw.com/ |
| 5 | Scott Edward Cole, Esq. (CA S.B. #160744) (*Appearing Pro Hac Vice*) |
|   | **COLE & VAN NOTE** |
| 6 | 555 12th Street, Suite 1725 |
|   | Oakland, California 94607 |
| 7 | Telephone: (510) 891-9800 |
|   | Facsimile:  (510) 891-7030 |
| 8 | Email:  sec@colevannote.com |
|   | Web:     www.colevannote.com |
| 9 |   |
| 10 | Attorneys for Representative Plaintiffs |
| 11 | Janice M. Michaels (S.B. #6062) |
|   | **WOOD, SMITH, HENNING & BERMAN LLP** |
| 12 | 2881 Business Park Court, Suite 200 |
|   | Las Vegas, Nevada 89128-9020 |
| 13 | Phone: (702) 251-4100 |
|   | Fax: (702) 251-5405 |
| 14 | Email: jmichaels@wshblaw.com |
| 15 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| MICHAEL KINGEN & KELLEY RAMSEY, individually, and on behalf of all others similarly situated, <br><br>                              Plaintiff, <br>vs. <br><br>WARNER NORCROSS + JUDD LLP, and DOES 1 through 100, inclusive, <br><br>                              Defendants. | **Case No. 2:22-CV-01374-APG-BNW** <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF VENUE TO THE WESTERN DISTRICT OF MICHIGAN** |

-1-

Stipulation & [Proposed] Order re: Transfer of Venue
Case No. 2:22-CV-01374-APG-BNW

26687115.1:12042-0003

1  The parties, Representative Plaintiff Michael Kingen and Representative Plaintiff Kelley Ramsey ("Representative Plaintiffs"), and Defendant Warner Norcross + Judd LLP ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Defendant's principal place of business is located at 900 Fifth Third Center 111 Lyon St., NW, Grand Rapids, Michigan 49503 in the Western District of Michigan;

**WHEREAS**, Defendant filed a Motion to Dismiss to Plaintiff's complaint for lack of personal jurisdiction;

**WHEREAS**, on November 1, 2022, the parties agreed to transfer this Action to the United States District Court for the Western District of Michigan;

**WHEREAS**, transfer of this Action to the United States District Court for the Western District of Michigan renders Defendant's Motion to Dismiss moot, and therefore, Plaintiff will not be filing an Opposition to Defendant's Motion to Dismiss. The parties request the hearing thereon be taken off calendar.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto, through their attorneys of record, that this Action should be transferred to the United States District Court for the Western District of Michigan.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties hereto, that in agreeing to this Stipulation Defendant does not waive any rights and/or defenses it has or may assert in this matter.

**IT IS SO STIPULATED.**

Dated:  November 2, 2022        **COLE & VAN NOTE**

By: */s/ Scott Edward Cole*
Attorneys for Representative Plaintiffs

26687115.1:12042-0003

Dated: November 2, 2022  **WOOD, SMITH, HENNING & BERMAN LLP**

By: _/s/ Janice M. Michaels_
Attorneys for Defendant

## ORDER

The parties having so stipulated, IT IS HEREBY ORDERED that transfer to the United States District Court for the Western District of Michigan is granted and the hearing on Defendant's Motion to Dismiss is vacated.

**IT IS SO ORDERED.**

Dated: November 3, 2022

Honorable Andrew P. Gordon