# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

MICHAEL KINGEN and KELLEY RAMSEY, individually and on behalf of all others similarly situated

    Plaintiffs,

v.

WARNER NORCROSS + JUDD LLP,

    Defendant.

Case No. 1:22-cv-01126-PLM-MV

Hon. Paul L. Maloney

Magistrate Judge: Ray Kent

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Stay is LIFTED.

IT IS FURTHER ORDERED that the Parties' stipulation of dismissal is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees.

DATED: January 24, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge